## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CALVIN COX,**                                                                      **PLAINTIFF**

**V.**                                                                       **NO. 1:06CV303-D-D**

**MAGNOLIA REGIONAL HEALTH CENTER,**                                                 **DEFENDANT**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** for lack of federal jurisdiction and for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

THIS the 12th day of December, 2006.

/s/ Glen H. Davidson
Chief Judge